DANIEL J. BRODERICK, #89424
Federal Defender
ROBERT W. RAINWATER, Bar #67212
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBERT LEE LINDSTROM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:91-cr-0208 OWW |
| Plaintiff, | ORDER FOR TEMPORARY RELEASE OF DEFENDANT ROBERT LEE LINDSTROM FOR SUBSTANCE ABUSE TREATMENT ASSESSMENT |
| v. | |
| ROBERT LEE LINDSTROM, | |
| Defendant. | |

O R D E R

IT HEREBY ORDERED that defendant ROBERT LEE LINDSTROM shall be granted temporary release on his own recognizance from pretrial custody at the Fresno County Jail on the following conditions:

1. Defendant ROBERT LEE LINDSTROM shall be released from custody at the Fresno County Jail on Friday morning, February 2, 2007, any time after 7:00 a.m., for the purpose of obtaining an assessment to determine his eligibility for acceptance into the Delancey Street residential substance abuse treatment program. Upon completion of the assessment he shall self-surrender at the Fresno County Jail, at or before 9:00 p.m. on the same day, February 2, 2007.

2. Defendant's travel is restricted to travel directly to the Delancey Street Offices, located at 600 Embarcadero, San Francisco, California, 94107 and return travel directly to the Fresno County Jail at the conclusion of the assessment.

3. Defendant shall be released to the third party custody of his brother, William Bosshard. He shall remain in the presence of William Bosshard at all times during his release from custody except for those times when the assessment is being conducted by Delancey Street personnel and he is in the physical presence of Delancey Street personnel. Mr. Bosshard

agrees to be the third party custodian and to comply with these conditions. See the attached declaration of Mr. Bosshard.

4. Defendant shall refrain from any use of alcohol or any use or possession of a narcotic drug or other controlled substance during his temporary release.

5. Defendant shall not possess a firearm, destructive device, or other dangerous weapon during his temporary release.

IT IS SO ORDERED.

Dated:   **January 31, 2007**           **/s/ Oliver W. Wanger**
emm0d6                                                   UNITED STATES DISTRICT JUDGE