```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,    )
                             )
           Plaintiff         )    1:91CR208 OWW
                             )
     v.                      )
                             )    ORDER CONTINUING HEARING ON
ROBERT LEE LINDSTROM,        )    SUPERVISED RELEASE DISPOSITION
                             )    AND MODIFYING CUSTODIAL STATUS
           Defendant         )
_____)
```

The dispositional hearing in this matter is continued to June 4, 2007, at 1:30 p.m.

IT IS FURTHER ORDERED that the custodial status of the defendant is modified as follows: the defendant is ordered released from the county jail to the custody of WestCare. The probation officer shall arrange for the transfer.

Dated: 2/6/07                    /s/ Oliver W. Wanger
                                 _____
                                 OLIVER W. WANGER
                                 United States District Judge

1