DANIEL J. BRODERICK, #89424
Federal Defender
ROBERT W. RAINWATER, Bar #67212
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBERT LEE LINDSTROM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:91-cr-0208 OWW |
| Plaintiff, | ORDER FOR TEMPORARY RELEASE OF DEFENDANT ROBERT LEE LINDSTROM FOR SUBSTANCE ABUSE TREATMENT ASSESSMENT |
| v. | |
| ROBERT LEE LINDSTROM, | |
| Defendant. | |

O R D E R

IT HEREBY ORDERED that defendant ROBERT LEE LINDSTROM shall be granted temporary release on his own recognizance from pretrial custody at the Fresno County Jail on the following conditions:

1. Defendant ROBERT LEE LINDSTROM shall be released from custody at the Fresno County Jail on Thursday morning, February 8, 2007, at 10:00 a.m., for the purpose of participating in the WestCare residential substance abuse treatment program in Fresno, California. Representatives of the WestCare program will pick him up and transport defendant to their facility.

2. Defendant shall remain in the WestCare Community Involvement Center Fresno until at least June 4, 2007.

3. Defendant shall participate in the WestCare substance abuse treatment program and follow all of the rules and regulations of that program.

4. Defendant shall refrain from any use of alcohol or any use or possession of a narcotic drug or other controlled substance during his temporary release.

5. Defendant shall not possess a firearm, destructive device, or other dangerous weapon during his temporary release.

6. Defendant shall appear in court on June 4, 2007, at 1:30 p.m. for a hearing on his violation of supervised release.

IT IS SO ORDERED.

**Dated:** **February 7, 2007**            /s/ Oliver W. Wanger
emm0d6                                           UNITED STATES DISTRICT JUDGE